IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-00692-CBS | Date:  October 28, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

GWYNETH GLISSMANN,   Reeves Whalen

Plaintiff,

v.

GRAHAM LIVESAY, *et al.,*   Deana Dagner

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE DISCOVERY HEARING**
**Court in session: 09:58 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding *[30] Plaintiff's Motion to Amend Complaint to Include Exemplary Damages Pursuant to C.R.S. § 13-21-102 Against Defendant Livesay*.  This motion is opposed.  After further discussion with the court, Ms. Dagner will not oppose the motion.

**ORDERED:**   *[30] Plaintiff's Motion to Amend Complaint to Include Exemplary Damages Pursuant to C.R.S. § 13-21-102 Against Defendant Livesay* is **GRANTED** without prejudice to the defendant's right to address the issue of punitive damages at trail or through a motion for summary judgment.  The amended complaint (doc. 30-13) is deemed as filed today.

Motions filed under Rule 702 and Rule 56 shall be filed **on or before December 15, 2015.**

Parties intend on attending mediation.

**ORDERED:**   Oral argument on *[26] Defendant Hilda Borko's Motion for Summary Judgment* is set for **November 13, 2015 at 1:30 p.m.**  Parties should anticipate a ruling from the bench.  This hearing will occur by phone and counsel shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

Further discussion regarding *[32] Motion to Compel Rule 35 Examinations of Plaintiff*.  Prior to this hearing, counsel has come to an agreement regarding the motion.  There are still a few things counsel are trying to work out but are in agreement that this motion is moot.

**ORDERED:**   *[32] Motion to Compel Rule 35 Examinations of Plaintiff* is **DENIED AS MOOT.**

Hearing Concluded.

**Court in recess: 10:21 a.m.**
Total time in court: 00:23

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.